In the Matter of the Estate of GEORGE A. HARDIN, Deceased.

JANE M. COOK, Appellant; ANNETTE A. HARDIN, as Administratrix of the Estate of GEORGE A. HARDIN, Deceased, Respondent.

*Matter of Hardin,* 97 App. Div. 493, affirmed.
(Argued February 22, 1905; decided March 14, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 11, 1904, which affirmed a decree of the Herkimer County Surrogate's Court dismissing a petition for an accounting.

*C. D. Adams and Edward A. Brown* for appellant.

*Charles A. Miller* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

In the Matter of the Application of W. BAYARD CUTTING, Respondent, to Be Discharged as Trustee under the Will of CHARLES KENNEDY HAMILTON, Deceased.

ELEANOR MARGARETTE HAMILTON, Appellant.

*Matter of Cutting,* 93 App. Div. 612, affirmed.
(Argued February 22, 1905; decided March 14, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1904, which affirmed an order of Special Term permitting the petitioner herein to resign as trustee under the will of Charles Kennedy Hamilton, deceased, and settling his accounts.

*Morris A. Tyng* and *George B. Morris* for appellant.

*George Zabriskie* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.